IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| T. PETER TAGUE, DC | : |
| | : C.A. NO. 07-4247-MAM |
| On Behalf Of Himself And All | : |
| Others Similarly Situated, | : |
| | : CLASS ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CONSTRUCTION EXPO, INC. | : |
| | : |
| Defendant. | : |

_____   :

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff T. Peter Tague, by his undersigned counsel, and Defendant Construction Expo, Inc., by its undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice as to the individual claims of T. Peter Tague and without prejudice as to the claims of the putative class members, if any. This action has not been certified as a class action, nor has a motion for class certification been filed.

Respectfully submitted,

| GIBBONS P.C. | CALDWELL LAW OFFICE LLC |
|---|---|
| By: /s Frederick Blakelock | By: /s Ann M. Caldwell |
| Frederick E. Blakelock | Ann M. Caldwell |
| 1700 Two Logan Square | 108 W. Willow Grove Ave. |
| 18th and Arch Streets | Suite 300 |
| Philadelphia, PA 19103 | Philadelphia, PA 19118 |
| (215) 446-6231 | (215) 248-2030 |
| ((215) 446-6314 (Fax) | (215) 248-2031 (Fax) |
| Counsel for Defendant | Counsel for Plaintiff |
| Construction Expo, Inc. | T. Peter Tague |